KAREN L. LOEFFLER
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Thomas.Bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) <br> ) <u>COUNTS 1-3</u> : |
| vs. | ) MAKING AND SUBSCRIBING <br> ) FALSE INCOME TAX RETURN <br> )     Vio. of 26 U.S.C. § 7206(1) |
| JAMES R. BACK, | ) |
| Defendant. | ) <u>COUNTS 4-7</u>: <br> ) WILLFUL FAILURE TO FILE <br> ) INCOME TAX RETURN <br> )     Vio. of 26 U.S.C. § 7203 |

I N D I C T M E N T

The Grand Jury charges that:

INTRODUCTORY ALLEGATIONS

1.     At all times relevant to this Indictment, Defendant JAMES R. BACK

was a resident of Soldotna, Alaska, in the Kenai Peninsula Borough, and was

employed by Alyeska Pipeline Service Company (Alyeska) as a pipeline technician.

2. During 2006, Defendant JAMES R. BACK earned $127,910 in wages from Alyeska.

3. During 2007, Defendant JAMES R. BACK earned $123,973 in wages from Alyeska.

4. During 2008, Defendant JAMES R. BACK earned $129,795 in wages from Alyeska.

5. During 2009, Defendant JAMES R. BACK earned $125,031 in wages from Alyeska.

6. During 2010, Defendant JAMES R. BACK earned $125,672 in wages from Alyeska.

7. During 2011, Defendant JAMES R. BACK earned $138,837 in wages from Alyeska.

8. During 2012, Defendant JAMES R. BACK earned $132,466 in wages from Alyeska.

9. On or about April 15, 2007, Defendant JAMES R. BACK signed under penalties of perjury a false Substitute for Form W-2, Wage and Tax Statement, Form 4852, which was later filed with the IRS, claiming that his wages from Alyeska were not income.

10. On or about January 22, 2008, Defendant JAMES R. BACK provided a fictitious document titled a "Form W-0" to Alyeska, asserting that his wages from the company were not "federally privileged."

11. On or about September 14, 2011, Defendant JAMES R. BACK provided a document purporting to "revoke" his Employee's Withholding Allowance Certificate, Form W-4, with Alyeska.

## COUNT 1

## MAKING AND SUBSCRIBING FALSE INCOME TAX RETURN

12. Paragraphs 1 through 11 of this Indictment are hereby incorporated by reference as if fully restated herein.

13. On or about April 12, 2008, in the District of Alaska, Defendant JAMES R. BACK did willfully make and subscribe a 2006 U.S. Individual Income Tax Return, Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That 2006 U.S. Individual Income Tax Return, which was prepared and signed in the District of Alaska and was filed with the Internal Revenue Service, stated on Line 7 that his wages were "0" and on Line 74(a) that he was entitled to a refund in the amount of $38,482, whereas, as he then and there knew, he had in fact earned substantial wages in 2006, and was not entitled to the refund claimed.

All of which is in violation of Title 26, United States Code, Section 7206(1).

## COUNT 2

## MAKING AND SUBSCRIBING FALSE INCOME TAX RETURN

14. Paragraphs 1 through 11 of this Indictment are hereby incorporated by reference as if fully restated herein.

15. On or about April 15, 2008, in the District of Alaska, Defendant JAMES R. BACK did willfully make and subscribe a 2007 U.S. Individual Income Tax Return, Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That 2007 U.S. Individual Income Tax Return, which was prepared and signed in the District of Alaska and was filed with the Internal Revenue Service, stated on Line 7 that his wages were "0" and on Line 74(a) that he was entitled to a refund in the amount of $34,968, whereas, as he then and there knew, he had in fact earned substantial wages in 2007, and was not entitled to the refund claimed.

All of which is in violation of Title 26, United States Code, Section 7206(1).

//

//

## COUNT 3

### MAKING AND SUBSCRIBING FALSE INCOME TAX RETURN

16. Paragraphs 1 through 11 of this Indictment are hereby incorporated by reference as if fully restated herein.

17. On or about April 15, 2009, in the District of Alaska, Defendant JAMES R. BACK did willfully make and subscribe a 2008 U.S. Individual Income Tax Return, Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That 2008 U.S. Individual Income Tax Return, which was prepared and signed in the District of Alaska and was filed with the Internal Revenue Service, stated on Line 7 that his wages were "0" and on Line 73(a) that he was entitled to a refund in the amount of $36,661, whereas, as he then and there knew, he had in fact earned substantial wages in 2008, and was not entitled to the refund claimed.

All of which is in violation of Title 26, United States Code, Section 7206(1).

## COUNT 4

### WILLFUL FAILURE TO FILE INCOME TAX RETURN

18. Paragraphs 1 through 11 of this Indictment are hereby incorporated by reference as if fully restated herein.

19. During the calendar year 2009, Defendant JAMES R. BACK had and received gross income in excess of $9,350. By reason of such gross income, he was required by law, following the close of the calendar year 2009 and on or before April 15, 2010, to make an income tax return to the Internal Revenue Service Center, at Fresno, California, to a person assigned to receive returns at the local office of the Internal Revenue Service at Anchorage, Alaska, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2010, in the District Alaska and elsewhere, to make an income tax return.

All of which is in violation of Title 26, United States Code, Section 7203.

## COUNT 5

## WILLFUL FAILURE TO FILE INCOME TAX RETURN

20. Paragraphs 1 through 11 of this Indictment are hereby incorporated by reference as if fully restated herein.

21. During the calendar year 2010, Defendant JAMES R. BACK had and received gross income in excess of $9,350. By reason of such gross income, he was required by law, following the close of the calendar year 2010 and on or before April 18, 2011, to make an income tax return to the Internal Revenue

Service Center, at Fresno, California, to a person assigned to receive returns at the local office of the Internal Revenue Service at Anchorage, Alaska, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 18, 2011, in the District Alaska and elsewhere, to make an income tax return.

All of which is in violation of Title 26, United States Code, Section 7203.

## COUNT 6

### WILLFUL FAILURE TO FILE INCOME TAX RETURN

22. Paragraphs 1 through 11 of this Indictment are hereby incorporated by reference as if fully restated herein.

23. During the calendar year 2011, Defendant JAMES R. BACK had and received gross income in excess of $9,500. By reason of such gross income, he was required by law, following the close of the calendar year 2011 and on or before April 17, 2012, to make an income tax return to the Internal Revenue Service Center, at Fresno, California, to a person assigned to receive returns at the local office of the Internal Revenue Service at Anchorage, Alaska, or to another Internal Revenue Service office permitted by the Commissioner of

Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 17, 2012, in the District Alaska and elsewhere, to make an income tax return.

All of which is in violation of Title 26, United States Code, Section 7203.

## COUNT 7

### WILLFUL FAILURE TO FILE INCOME TAX RETURN

24. Paragraphs 1 through 11 of this Indictment are hereby incorporated by reference as if fully restated herein.

25. During the calendar year 2012, Defendant JAMES R. BACK had and received gross income in excess of $9,750. By reason of such gross income, he was required by law, following the close of the calendar year 2012 and on or before April 15, 2013, to make an income tax return to the Internal Revenue Service Center, at Fresno, California, to a person assigned to receive returns at the local office of the Internal Revenue Service at Anchorage, Alaska, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing

//

//

all of the foregoing, he did willfully fail, on or about April 15, 2013, in the District Alaska and elsewhere, to make an income tax return.

All of which is in violation of Title 26, United States Code, Section 7203.

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON


s/Thomas C. Bradley
THOMAS C. BRADLEY
United States of America
Assistant U.S. Attorney


s/Kevin R. Feldis for:
KAREN L. LOEFFLER
United States of America
United States Attorney


DATE: March 18, 2014