JAMES R. BACK
169 B East Beluga Ave
Soldotna, Alaska 99669
Email: alldef2014@yahoo.com

**RECEIVED**

MAY 1 2 2014

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> James R. Back, ) <br> Alleged Defendant. ) | Case # 3:14-cr-00020-RRB-JDR <br><br> REPLY AND OBJECTION TO THOMAS BRADLEY'S RESPONSE |

Now comes James R. Back, alleged defendant and, participating under threat, duress and coercion, not submitting to the court's purported yet unproven jurisdiction, nor 'appearing,' but being compelled to participate, objects to Thomas Bradley's response. Grounds are further set forth below.

The response is non-responsive, looks like a copy-and-paste job, and lacks merit. Bradley misuses 'frivolous', still won't (or can't) provide essential elements of the indictment, offers strawman arguments instead of simply stating facts, maintains a double standard on legal principles, argues without evidence about the presumption of innocence and pushes for the court to carry his burden of proof, and is trying to mislead the court.

1. <u>"Frivolous" mantra</u>. Common to prosecutors and tax agents, Bradley uses the word frivolous (about nine times) as if he doesn't understand the meaning. It doesn't mean something with which Bradley disagrees, it means:

> "**frivolous.** So clearly and palpably bad and insufficient as to require no argument or illustration to show the character as indicative of bad faith upon a bare inspection; as a pleading, argument, motion or objection. *Strong v. Sproul*, 53 NY 497, 499." Ballentine's Law Dictionary, page 503.

All I'm doing is pointing out that Bradley has not presented evidence proving the constitution and code apply to me; it's essential to jurisdiction, and is an element of the alleged code violations. Even if I am wrong, to show I'm wrong Bradley has to provide the facts. That is enough to show my position is not frivolous. But, US attorneys and IRS agents dishonestly label a factual challenge as an argument. It's a strawman and it should be rejected. Bradley uses other strawman arguments, which is strong circumstantial evidence the response is a copy-and-paste.

Bradley writes:

"… based on frivolous challenges to the Court's jurisdiction and absurd claims that the tax laws of the United States, or the criminal laws for that matter, do not apply to him absent some showing of "evidence" by the prosecution."

Bradley apparently has nothing but disdain for me pointing out his burden of proof. Bradley insists this court has jurisdiction to force me to defend against his complaint; that is an argument, not a statement of fact. As with any argument Bradley presents, it must be based on facts from a witness with personal knowledge, or it's speculation and misconduct (Bradley's nonsensical response to misconduct is addressed below).

The applicability of the constitution and code are not just a part of jurisdiction, it is an element of the code violation. Bradley wants to argue without "evidence," as he put it. In Bradley's world, requiring him to support his arguments is a "frivolous challenge," and an "absurd claim". Instead of just pointing out the facts, Bradley resorts to insults.

2.  <u>Indictment does not have essential element pled.</u> No evidence is presented that the constitution and code apply; that is an essential element, as there is no jurisdiction or code

violation without it. The indictment only alleges the code was violated; there is no mention it applies in the first place.

Bradley will insist the constitution and code apply, but cannot provide one single fact proving they do. At best, Bradley can only argue that if I'm physically in the United States, then the constitution and code apply to me. But Bradley cannot offer any facts to prove this. All he can do is argue more law, more court opinions, as if an opinion from 1986 has anything to do with the facts of these proceedings. IRS agents and US attorneys have a habit of using court opinions to settle issues of fact, and that cannot be permitted if the court is obligated to provide due process.

3. <u>Strawman arguments</u>. Bradley knows what my position is; he doesn't have evidence to prove jurisdiction and an element of the crime because he has no facts proving the constitution and code apply to me. Bradley deliberately misstates my position by writing: "His challenge appears to be based on arguments that, as the defendant correctly predicts in his motion will be characterized as "frivolous."" Despite knowing I am not raising such arguments, Bradley raises strawman after strawman, <u>three</u> (7-9) full pages of them. He knows my position is an issue of evidence, yet cites arguments that are based on interpretations of law. The three pages are copied and pasted, and have no relevance to my evidentiary challenge.

4. <u>Bradley has a perverse double standard</u>. The principal regarding the requirements of an adversary proceeding, whether the phrase *corpus delecti* is used or not, are why I quoted *Poe*; the facts don't need to be the same when discussing a legal principal. To be adversarial requires the violation of a legal right regardless of the context of the proceedings.

Bradley quotes fifteen opinions that have no factual bearing on these proceeding; the opinions do not even raise the same arguments. Bradley wants this court to reject a legal

Page 3 of 5
Case 3:14-cr-00020-RRB   Document 32   Filed 05/12/14   Page 3 of 7

principal because the facts of the case are different than these proceedings, and at the same time wants this court to accept opinions despite the facts also being completely different.

The same with *Shaw*. The principal, what is described as "prosecutorial misconduct," is the making of arguments outside the evidence. It doesn't matter at what stage of the proceedings or what the charges are. Is Bradley looking for a free pass to argue against me without factual support?

5. Presumption of innocence. I'm relying on common sense and the evidence before me to prove this, not a court opinion. Bradley's argument is the constitution and code apply to me and the court has jurisdiction. Applicability of the constitution is also an element of the code violation.

Since the judge is required by due process to presume I'm innocent of the alleged code violation, this includes the applicability of the code. If the judge assumes, as Bradley and the grand jury did, that the constitution and laws apply, then they are assuming an element of the code violations.

Again, Bradley provides nothing of substance, no facts.

6. Bradley is trying to mislead the court. Bradley ends his response trying to mislead the court: "oft-rejected, patently frivolous tax protester arguments about jurisdiction..." Unless Bradley can cite one appellate opinion where asking for evidence was held as a "frivolous argument", he should be sanctioned. Asking for evidence, and pointing out there is no evidence, is neither "frivolous" nor an "argument"; I'm not aware of any appellate court holding such an opinion.

//

//

//

Conclusion. All Bradley can offer when his lack of evidence is pointed out is a claim of 'frivolous'. His entire position on the applicability of the constitution and code are because he or other lawyers (judges) say so, and because the laws say so. It's circular logic, not evidence. If he had one fact to prove the constitution and code apply to me because I'm physically in the United States, he would just provide it. Instead, he offers only strawman arguments, despite knowing my position. He on one hand seeks to derail any contention that the principles in *Poe* and *Shaw* apply to any actions brought to the court, yet on the other hand goes on to quote voluminous off-point opinions that have no bearing on the instant proceedings. He offers no substance or facts in support of his contention the court has jurisdiction, hoping the judge will bear his burden for him. He tries to mislead the court by characterizing my (unanswered) allegations as "frivolous" and "arguments", pretending that questions are arguments.

Bradley's response is misleading copy-and-paste, and should be rejected, and Bradley sanctioned.

Submitted this 9th day of May 2014.

_____
JAMES R. BACK - All rights reserved.

CERTIFICATE OF SERVICE

REPLY AND OBJECTION TO THOMAS BRADLEY'S RESPONSE

This is to certify that a true and correct copy of the foregoing has been delivered by ( ___hand _X_ mail ___Fax ___CM/ECF ) this 9th day of May, 2014, to the plaintiff at the following address:

U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

*James Back*
JAMES R. BACK – All rights reserved

James Back
169 B East Beluga Ave
Soldotna, Alaska 99669



ANCHORAGE AK 995
09 MAY 2014 PM 1 T

U.S. POSTAGE PAID
SOLDOTNA, AK
99669
MAY 09, '14
AMOUNT
$0.70
00050842-05

United States District Court
Clerk's Office
222 W. 7th Avenue, #14
Anchorage, Alaska 99513-7564

3:14-cr-00020

99513+7504