IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES R. BACK,<br><br>    Defendant. | Case No. 3:14-cr-0020-RRB<br><br>\*\*\*AMENDED \*\*\*<br>**ORDER REGARDING**<br>**PENDING MOTIONS**<br>(Docket Number Corrected) |

    Before the Court are a number of motions addressed by the Court at the hearing in this matter of May 15, 2015. By way of overview and to make sure Defendant understands the Court's oral rulings at the aforesaid hearing, the Court will review the status of motions.

    Defendant's Motion for Bill of Particulars at **Docket 11** was previously **DENIED** by the Court for the reasons set forth by the Government in its Response in Opposition at Docket 14.

    The Motion for Electronic/Telephonic Hearings at **Docket 16**, and amended at **Docket 25**, was **GRANTED IN PART** and **DENIED IN PART**. Defendant shall attend the Final Pretrial Conference and Trial in person, as well as any hearings that the Court might subsequently order. Defendant may attend routine scheduling hearings telephonically.

The Motion for Access to CM/ECF at **Docket 17,** and amended at **Docket 24,** was **GRANTED.** An Order has been entered at **Docket 33** setting forth how this should be accomplished by Defendant.

The Motion to Continue Trial at **Docket 15** and the Motion for Changing Due Date for Pretrial Motions at **Docket 19** were **GRANTED.** The Court recognizes Defendant's desire to file additional motions and to set trial convenient with his work schedule. Based thereon, and to allow both parties ample time to prepare for trial, the Court found that it was in the interest of justice to continue the present trial date and that doing so outweighed the interest of the community in proceeding as scheduled. The Court set a new trial date for **September 29, 2014, at 8:30 a.m.** and a Final Pretrial Conference for **September 25, 2014, at 10:00 a.m.** All motions are to be filed on or before **August 29, 2014,** and trial briefs, voir dire, and proposed jury instructions to be filed on or before **September 29, 2014.**

Defendant's Motion to Strike/Dismiss Indictment at **Docket 27** is without merit. For the reason set forth by the Government at Docket 29 the motion is **DENIED.**

Defendant's Motion to Strike Surplusage and Strike Defective Allegations from Indictment at **Docket 28** is also without merit and is hereby **DENIED** for the reasons set forth by the Government at Docket 30.

Defendant indicated at the May 15, 2014, hearing that he would plead guilty if jurisdiction in this matter is established. While the Court will not hold Defendant to this

representation, it is clear that jurisdiction does apply as indicated by the Government. Moreover, 18 U.S.C. § 3231 provides in pertinent part: "The district courts of the United States shall have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States." Defendant, who is currently a resident of the State of Alaska, is charged with an offense against the United States and is therefore subject to the jurisdiction of this Court.

**IT IS SO ORDERED** this 19th day of May, 2014.

                                    S/RALPH R. BEISTLINE
                                    UNITED STATES DISTRICT JUDGE