IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES R. BACK,<br><br>    Defendant. | Case No. 3:14-cr-0020-RRB<br><br>**ORDER DENYING MOTION FOR FINDING OF FACTS AND CONCLUSIONS OF LAW OR IN THE ALTERNATIVE MOTION FOR RECONSIDERATION** |

Defendant's Motion for Finding of Facts and Conclusions of Law or in the Alternative Motion for Reconsideration at **Docket 38** is hereby **DENIED** for the reasons set forth by the Government at Docket 40. Given the frivolous nature of the instant motion no hearing is needed or required.

As previously stated by the Court, 18 U.S.C. § 3231 provides in pertinent part: "The district courts of the United States have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States." Defendant, who is currently a resident of the State of Alaska, is charged with an offense against the United States and is therefore subject to the jurisdiction of this Court.

**IT IS SO ORDERED** this 16th day of June, 2014.

                        S/RALPH R. BEISTLINE
                        UNITED STATES DISTRICT JUDGE