IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES R. BACK, Defendant. | Case No. 3:14-cr-0020-RRB <br><br> **ORDER DENYING MOTIONS AT DOCKETS 45 and 46** |
|---|---|

Before the Court are two motions recently filed by Defendant which are currently ripe for resolution. There is little more, however, that the Court can say that has not been previously said to Defendant in person or by written order of the Court.

Defendant was properly indicted by a Federal Grand Jury and is accused of violating certain criminal laws of the United States. The burden is now upon the United States to prove to a jury, beyond a reasonable doubt, that the charges against Defendant are true. This Court has jurisdiction (the legal power and authority) to oversee the trial and to impose sentence if Defendant is convicted.

The jury trial in this matter is set to begin on **September 29, 2014,** at which time the jury will be selected pursuant to Rule 23 of the Rules of Criminal Procedure and evidence will be presented according to the Federal Rules of Evidence. The trial will likely take several days. The jury will then decide, based solely on the evidence presented at trial,

whether or not the Government has proven the charges against Defendant. If the jury concludes that the Government has failed to meet its burden and finds Defendant Not Guilty, the matter will likely be over. On the other hand, if the jury finds that the Government has proven the charges against Defendant beyond a reasonable doubt and finds the Defendant Guilty, Defendant will be remanded to custody and a formal sentencing date will be set.

The prosecutor has not been guilty of misconduct in this matter and has clearly set forth the charges against Defendant and how he expects to prove those charges at trial. This was spelled out clearly at the May 15, 2014, hearing. Moreover, the Court has been clear in its pronunciations herein and took special effort at the aforesaid hearing to explain things to Defendant. It is becoming clear to the Court that Defendant does not wish to understand what is going on and is fully aware of the charges against him and the process he is involved with. It is Defendant who seems to want to confuse and complicate these matters. Therefore, for the reasons set forth above, and for the additional reasons set forth by the Government in its responsive memorandum, Defendant's Motion to Dismiss at **Docket 45** and his Motion for Clarification at **Docket 46**, to the extent it has not been clarified above, are hereby **DENIED.**

Defendant would be well advised to seek legal counsel prior to trial.

**IT IS SO ORDERED** this 18th day of July, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE