IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:14-cr-0020-RRB |
| vs. | |
| JAMES R. BACK, | **ORDER DENYNG<br>MOTION AT DOCKET 43** |
| Defendant. | |

At **Docket 43** Defendant files a document entitled Motion to Strike Logical Fallacies and Non-Responsive Answers. The motion is without merit and is hereby **DENIED.**

Defendant in this motion attacks the Assistant United States Attorney and accuses him of "running headlong into windmills." In fact, the file reflects a very straightforward presentation by Government counsel. The Government has charged Defendant with violating the laws of the United States. A Federal Grand Jury has found probable cause to believe that such acts were committed. The Government has set forth in the Indictment the laws it believes Defendant has violated and has stated in open court how it intends to prove criminal conduct on Defendant's behalf. Defendant has denied the charges. A trial has been scheduled to determine whether or not Defendant is guilty of the charges. It is at trial that the Government is obligated to present evidence to substantiate its claims. The

Government has not presented any "logical fallacies" nor been non-responsive to Defendant's requests. The instant motion is therefore **DENIED.**

    **IT IS SO ORDERED** this 21st day of July, 2014.

                                          S/RALPH R. BEISTLINE
                                          UNITED STATES DISTRICT JUDGE