IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES R. BACK,<br><br>　　　　Defendant. | Case No. 3:14-cr-0020-RRB<br><br>\*\*\* AMENDED \*\*\*<br>ORDER DENYING MOTIONS<br>AT DOCKETS 51 AND 53<br>(Signature Date Corrected) |

Before the Court, at **Docket 51**, is Defendant with a Formal Request for Discovery. The Government responds at Docket 52 and provides a thorough and detailed response to Defendant's requests. Nevertheless, Defendant files a Motion to Compel Discovery at **Docket 53** seeking the same information. The Government responds at Docket 54, in which it incorporates its prior response to Defendant which it filed at Docket 52. Defendant then files a Reply To Alleged Plaintiff's Response to Alleged Defendant's Motion to Compel at Docket 55 and raises concerns that the Government will not timely provide exculpatory *Brady* material.

Both of the aforesaid motions filed by Defendant are hereby **DENIED**. The Government appears to have satisfied its discovery obligations to Defendant and has thoroughly responded to Defendant's requests. The Government, however, is not relieved of its obligation to provide exculpatory *Brady* material to Defendant in a timely manner to the extent that such material exists.

AMENDED ORDER DENYING MOTIONS  AT 51 AND 53  - 1
3:14-cr-0020-RRB

Defendant is well aware of the charges against him and of the evidence the Government intends to use to substantiate the charges. Both the Government and the Court have gone to great lengths to explain these matters to the Defendant. The parties shall be prepared to proceed to trial as scheduled.

**IT IS SO ORDERED** this 13th day of August, 2014.

                                            S/RALPH R. BEISTLINE
                                            UNITED STATES DISTRICT JUDGE