James Back
169 B East Beluga Ave
Soldotna, Alaska 99669
Email: alldef2014@yahoo.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| "UNITED STATES OF AMERICA", | ) | 'Case' No. 3:14-cr-00020-RRB |
| Alleged Plaintiff, | ) | |
| | ) | MOTION IN LIMINE |
| vs. | ) | |
| | ) | |
| JAMES R. BACK, | ) | |
| Alleged Defendant. | ) | |
| | ) | |

## I. INTRODUCTION

1. Alleged Defendant, James Back, (hereinafter Alleged Defendant), participating under threat of violence, duress and coercion, not submitting to the court's purported yet unproven jurisdiction, nor 'appearing,' but being compelled to defend himself against an alluded to, but ardently un-clarified 'case,' moves that the court enter an order to exclude certain evidence and witnesses at hearing and trial of this case.

2. In the event the instant Motion is denied, Alleged Defendant moves that the court provide a full Finding of Fact and Conclusions of Law as to the reasons for the denial.

## II. DECLARATION OF FACTS

3. Alleged Defendant does not understand the cause and nature of the charges against him;

4. Alleged Defendant cannot plead to charges he does not understand;

5. Alleged Defendant has not consented to the court's entering a plea for him;

6. The court does not represent Alleged Defendant in this matter;

7. Alleged Defendant does not know who the court represents in this matter, but it appears to be the opponent;

8. The prosecutor has offered no evidence proving the applicability of the constitution and codes to Alleged Defendant;

9. The prosecutor has offered no evidence proving the code created a legitimate obligation to Alleged Defendant;

10. The prosecutor has offered no evidence proving Alleged Defendant believed the code created a legitimate obligation to him;

11. The prosecutor has offered no evidence proving any of his proposed witnesses have personal first hand knowledge of the applicability of the constitution and codes to Alleged Defendant. (If there is no evidence, and there is a presumption against it, then Mr. Bradley has violated *Brady* by not disclosing information disqualifying his "witnesses" from testifying.)

## III. EVIDENCE TO BE EXCLUDED

12. Any and all records not attested to by a witness with personal first-hand knowledge of the applicability of the constitution and codes to Alleged Defendant.

13. Any and all records and computer-generated records drawn from any IRS computer system.

14. Any and all evidence sought to be used to prove alleged defendant believed the constitution and code applied to him.

15. Any and all evidence sought to be used to prove alleged defendant believed the code created a legitimate obligation.

## IV. WITNESSES TO BE EXCLUDED

16. Any and all witnesses having no personal first-hand knowledge of the applicability of the constitution and codes to Alleged Defendant.

17. Any and all witnesses having no personal first-hand knowledge Alleged Defendant believed the constitution and code applied to him.

18. Any and all witnesses having no personal first-hand knowledge Alleged Defendant believed the constitution and code created a legitimate obligation on him.

19. Any and all 'expert' witnesses having no personal first-hand knowledge of the applicability of the constitution and codes to Alleged Defendant.

## V. ARGUMENT – GROUNDS FOR EXCLUSION OF EVIDENCE

20. <u>Irrelevant evidence is precluded</u>. Rule 402 of the Federal Rules of Evidence precludes irrelevant evidence;

    a. The prosecutor has neither witnesses nor evidence proving the code is applicable;

    b. The prosecutor has neither witnesses nor evidence proving the code created an obligation;

    c. The prosecutor has neither witnesses nor evidence proving Alleged Defendant believed there was evidence proving the code created an obligation;

    d. The prosecutor has neither witnesses nor evidence proving willfulness.

    Any documentary evidence he does have is irrelevant to proving the other elements of code violations.

21. <u>No personal knowledge of the matter</u>. Rule 602 of the Federal Rules of Evidence allows a witness to testify to a matter only if evidence is introduced sufficient to support a finding

that the witness has personal knowledge of the matter. Despite repeated requests, the prosecutor has introduced no such evidence.

22. <u>IRS computer information is unreliable</u>. Annually Government Accountability Office reports for at least the last ten years illustrate the fact that the IRS computer information is unreliable:

   a. GAO-03-44: May 2003 INFORMATION SECURITY - Progress Made, but Weaknesses at the Internal Revenue Service Continue to Pose Risks: "… weaknesses continue to threaten the confidentiality, integrity, and availability of sensitive systems and taxpayer data." *http://www.gao.gov/assets/240/238254.pdf*

   b. GAO-07-136: November 2006 IRS's Fiscal Years 2006 and 2005 Financial Statements: During our audits of the Internal Revenue Service's (IRS) fiscal years 2006 and 2005 financial statements, we continued to identify four material weaknesses in internal controls. These material weaknesses have given rise to significant management challenges that have… (4) resulted in errors in taxpayer accounts, (5) increased taxpayer burden, and (6) reduced assurance that data processed by IRS's information systems are reliable and appropriately protected. *http://www.gao.gov/assets/260/253224.pdf*

   c. GAO-06-328: March 2006 INFORMATION SECURITY - Continued Progress Needed to Strengthen Controls at the Internal Revenue Service: "In addition to the 40 previously reported weaknesses for which IRS has not completed actions, GAO identified new information security control weaknesses that threaten the confidentiality, integrity, and availability of IRS's financial information systems and the information they process." *http://www.gao.gov/assets/250/249390.pdf*

d. GAO-07-364: March 2007 INFORMATION SECURITY - Further Efforts Needed to Address Significant Weaknesses at the Internal Revenue Service" "Significant weaknesses in access controls and other information security controls continue to threaten the confidentiality, integrity, and availability of IRS's financial and tax processing systems and information." *http://www.gao.gov/new.items/d07364.pdf*

e. GAO-08-211: January 2008 INFORMATION SECURITY - IRS Needs to Address Pervasive Weaknesses: "…other significant weaknesses in various controls continue to threaten the confidentiality and availability of IRS's financial processing systems and information, and limit assurance of the integrity and reliability of its financial and taxpayer information." *http://www.gao.gov/assets/280/270917.pdf*

f. Even the computer-generated 'automatic discovery' provided by the prosecutor had errors that were questioned and needed correction.

g. The prosecutor has produced no supporting documentation to show the accuracy, reliability and trustworthiness of IRS records;

h. The prosecutor has produced no supporting documentation attesting to the reliability of the computer system used to create the records;

i. The prosecutor has produced no supporting documentation showing that the computing system was operating correctly;

j. The prosecutor has produced no supporting documentation showing that the computing system was properly programmed;

k. The prosecutor has produced no supporting documentation showing that the computer system had proper security measures in place.

23. Because of the "Pervasive Weaknesses" and limited assurance of the integrity and reliability of its financial and taxpayer information, for at least the past decade, any computer-generated documents must be excluded.

## VI. ARGUMENT – GROUNDS FOR EXCLUSION OF WITNESSES

24. Rule 602 of the Federal Rules of Evidence allows a witness to testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter. The prosecution has introduced no such evidence, despite many requests that he do so.

25. RULE 702 of the Federal Rules of Evidence precludes testimony by expert witnesses unless the testimony is based on sufficient facts or data. Unless the witness has first-hand personal knowledge of the facts that the codes he is testifying to apply to Alleged Defendant, he lacks the facts necessary for any testimony or opinions.

## VII. CONCLUSION AND PRAYER FOR RELIEF

26. WHEREFORE, Alleged Defendant moves that this court enter an Order excluding any and all witnesses, evidence, testimony or references to the above-described information at the trial of this 'case'.

Submitted this 29th day of August 2014.      *James Back*
                                                                                                James Back

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been delivered to the courts CM/ECF system for service on plaintiff's council this 29$^h$ day of August 2014.

_____
James Back