KAREN L. LOEFFLER
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
ERIN S. MELLEN
Trial Attorney, Tax Division
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Thomas.Bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:14-cr-00020-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' NOTICE** |
| | ) | **OF INTENT TO USE** |
| vs. | ) | **EXPERT WITNESS** |
| | ) | |
| JAMES R. BACK, | ) | |
| | ) | |
| Defendant. | ) | |

The United States, by and through its undersigned

representatives, hereby provides notice of its intent to use an expert

witness pursuant to Fed. R. Crim. Pro. 16(a)(1)(G).

Near the end of its case-in-chief, the government will call an expert witness trained in taxation and accounting. This witness will be Revenue Agent Paul R. Shipley, whose curriculum vitae is attached as Exhibit 1. Revenue Agent Shipley will testify regarding the tax consequence of the government's evidence introduced at trial. He will also testify as to the probable income tax consequences of incorrect reporting and non-reporting of income.

The Federal Rules of Evidence authorize the use of an expert witness if it "will assist the trier of fact to understand the evidence or to determine a fact in issue…" Fed.R. Evid. 702. The use of an expert witness in criminal tax prosecutions has been approved consistently. *United States v. Marchini*, 797 F.2d 759, 766 (9th Cir. 1986), cert. denied, 479 U.S. 1085 (1987). *See also United States v. Poschwatta*, 829 F.2d 1477, 1481 (9th Cir. 1987). Expert testimony by an I.R.S. agent that expresses an opinion as to the proper tax consequence of a transaction is admissible evidence. *United States v. Clardy*, 612 F.2d 1139, 1153 (9th Cir. 1980). *See also United States v. Whistler*, 139 Fed.Appx. 1, 4 (9th Cir. 2005).

Case 3:14-cr-00020-RRB   Document 71   Filed 09/19/14   Page 2 of 4

Through the expert witness, the government will offer computations of gross income, taxable income, and tax loss based upon evidence admitted at trial. The government's discovery has included the earnings records from the defendant's employer, which will be the basis for the calculations of income.

The government may use charts and schedules based on the evidence admitted at trial. The use of such charts has been approved by the Ninth Circuit. *United States v. Wood*, 943 F.2d 1048, 1053-54 (9th Cir. 1991); *United States v. Soulard*, 730 F.2d 1292, 1300 (9th Cir. 1983); *United States v. Gardner*, 611 F.2d 770, 776 (9th Cir. 1980). If the government anticipates using charts or schedules, they will be provided to the defendant prior to trial.

The tax loss computations in this case are straightforward. Principally, the tax loss will be computed based upon the wages the defendant received from Alyeska Pipeline. For tax years 2006, 2007, and 2008, the tax loss will be the difference between the amount that was refunded to the defendant and the amount that he would have owed if he had submitted an accurate return. For 2009 through 2012, the tax loss will be any amount that he would have owed if he had

Case 3:14-cr-00020-RRB   Document 71   Filed 09/19/14   Page 3 of 4

properly filed an accurate tax return. The underlying evidence has been produced in discovery and will be introduced as evidence at trial.

## CONCLUSION

Federal Rule of Criminal Procedure 16(a)(1)(G) requires the government to provide notice of its intent to use expert witness testimony at trial. The government hereby provides the names and topics of the government's expert witness. The expert witness's calculations have been previously provided in discovery, at bates # 3103-3122 and 3179-3202. Any additional charts or schedules will be provided prior to trial.

RESPECTFULLY submitted this 19th day of September, 2014, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on September 19, 2014
a true and correct copy of the foregoing
was served electronically on:
Jamie McGrady and James Back

s/ Thomas C. Bradley