520 – 112th Avenue NE   Phone: (425) 456-9633
Suite#300 Bellevue, WA 98004   Fax:  (425) 456-9676
Paul.R.Shipley@IRS.Gov

# Paul R. Shipley

**Employment:**

Department of the Treasury/Internal Revenue Service

Special Enforcement Program (SEP) Agent. January of 1998 to the present. A SEP Agent assists the Criminal Investigation Division and District Counsel in civil and criminal cases by examining tax returns, reviewing books and records, providing tax computations, and determining the correct income tax liability in each case.

Revenue Agent/Certified Public Accountant    August 4, 1986 to the present

Current CPA Status:  Licensed, but inactive

Conduct civil income tax examinations of individuals, partnerships, and corporations to determine the correct income tax, and their compliance with the Internal Revenue Code.

- Analysis of complex income tax, and accounting issues
- Review excise tax, Information Return(s), and Fraud issues, where present
- Provide tax assistance to the Public
- Employment tax examinations are also conducted
- Offshore issues are also examined

**Education:**    1983-1986    Central Washington University Ellensburg, WA
- B.S., Accounting

**Organizations:**    Treasurer of the Sammamish Class of 1980 Reunion and a past Member of the Pacific Northwest Tax, License, and Fraud Association.

**Licenses:**    Certified Public Accountant - Certificate #15728 03/01/93 WA State

**Training:**    Phase I Individual Income Tax – Internal Revenue Service

Phase II Individual Income Tax – Internal Revenue Service

Phase III Corporate Income Tax – Internal Revenue Service

Phase IV Employment Tax – Internal Revenue Service

Phase V – Advanced Corporate – Internal Revenue Service

Special Enforcement Training/Fraud – Internal Revenue Service

Expert Witness Training – Internal Revenue Service