James R Back
169 B East Beluga Ave
Soldotna, Alaska 99669
Email: alldef2014@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| "United States Of America", <br>                      Alleged plaintiff, <br><br> vs. <br><br> James R Back, <br>                      Alleged defendant. | Case # 3:14-cr-00020-RRB <br><br> Notice of voir dire questions. |

    Alleged defendant, James R Back, a man and not an animal nor any other kind of livestock, participating under threat of violence, duress and coercion, not submitting to the court's purported yet unproven jurisdiction, nor 'appearing,' hereby submits *voir dire* questions for jury selection.

1. Do you or any of your family or friends work for, or in any capacity receive money from, the United Sates government? (A Yes answer indicates possible bias, and the prospective juror should be excused)

2. Do any of you here hope to receive money from the United Sates government in the future? (A Yes answer indicates possible bias, and the prospective juror should be excused)

3. Are there any here that would be reliant on the United Sates government in the event of disability or retirement? (A Yes answer indicates possible bias, and the prospective juror should be excused)

4. If no witness has testified under oath with first hand knowledge to provide facts that statutes

and codes are applicable to me, would you presume me innocent? (A No answer indicates possible prejudgment, and the prospective juror should be excused)

5. Can you put aside a belief that the constitution and codes apply, and not consider them 'proven', until the prosecutor provides factual proof? (A No answer indicates possible bias, and the prospective juror should be excused)

6. Are you intimidated by the judge? The fact you're coerced to be here, under threat of jail, doesn't intimidate you? (A Yes answer indicates possible bias, and the prospective juror should be excused)

7. Do you realize the applicability of the codes are an element of both the alleged code violations and jurisdiction? (A No answer indicates possible bias, and the prospective juror should be excused)

8. If the prosecutor gets almost all of the elements proven, would you let him 'slide' on the rest of the elements? (A Yes answer indicates possible bias, and the prospective juror should be excused)

9. Do any of you assume the codes of the plaintiff state apply to me? (A Yes answer indicates possible prejudgment, and the prospective juror should be excused)

10. Do any of you have any bias or prejudice against me because the judge has coerced you to participate in these proceedings? (A Yes answer indicates possible bias, and the prospective juror should be excused)

11. Do any of you believe I can be guilty of a code violation even with no evidence the codes apply to me? (A Yes answer indicates possible bias, and the prospective juror should be excused)

12. If the prosecutions' only evidence the code applies is his opinion and that of his witness, is that sufficient for you? (A Yes answer indicates possible bias, and the prospective juror should be excused)

13. Do you think I should be punished because I did not comply with the demands of politicians? (A Yes answer indicates possible bias, and the prospective juror should be excused)

14. Do you see a problem with the fact that the judge is forcing me to answer the prosecutor's complaint while he's supposed to be independent? (A No answer indicates possible bias, and the prospective juror should be excused)

15. Do you think the judge is really independent when he's forcing us to participate on behalf of the prosecutor? (A Yes answer indicates possible bias, and the prospective juror should be excused)

Submitted this 22nd day of September 2014.                 _____
                                                                                    James R Back

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been delivered to the courts CM/ECF system for service on plaintiff's council this 22th day of September 2014.

_____
James R Back