```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA

U.S.A. vs.    JAMES R. BACK        CASE NO. 3:14-cr-00020-RRB
Defendant:  X Present-Pro Se  X On Bond

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         NANCY LEALAISALANOA

OFFICIAL REPORTER:             NOT PRESENT

UNITED STATES' ATTORNEY: THOMAS C. BRADLEY/ERIN SYLVESTER MELLEN

DEFENDANT'S ATTORNEY:        JAMIE McGRADY -STANDBY COUNSEL

PROCEEDINGS: FINAL PRE-TRIAL CONFERENCE HELD SEPTEMBER 25, 2014:
```

At 10:01 a.m. court convened.

Court and counsel heard re witnesses, trial scheduling, and jury selection.

Court and counsel heard re proposed jury instructions.

Court and counsel heard re defendant's objections.

Defendant's conditions of release remain as previously set.

At 10:31 a.m. court adjourned.

DATE:  September 25, 2014   DEPUTY CLERK'S INITIALS:    NXL

Revised 5-29-14