James Back
169 B East Beluga Ave
Soldotna, Alaska 99669
Email: alldef2014@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| "UNITED STATES OF AMERICA", | ) | Case # 3:14-cr-00020-RRB |
| Plaintiff, | ) | |
| | ) | MOTION FOR RELEASE ON BAIL |
| vs. | ) | |
| | ) | |
| JAMES R. BACK, | ) | |
| Alleged Defendant. | ) | |
| | ) | |

Alleged Defendant, James Back, (hereinafter Defendant), moves that the court release him on bail until his sentencing on December 16th, 2014 for the reasons set forth below.

In the event the instant Motion is denied, Defendant moves that the court provide a full Finding of Fact and Conclusions of Law as to the reasons for the denial.

1. <u>Defendant poses no flight risk.</u> Defendant still has a job with Alyeska Pipeline Service Company and would continue that employment if he can return to work on the first Monday in November 2014. Defendant has nearly 37 years with the company and desires to work during the period before sentencing.

2. <u>Defendant will post bond.</u> As he was bonded post arrest, defendant again seeks to be released on bond, collectable on his failure to meet release conditions. During

his post arrest release defendant upheld all conditions imposed on him and will do so again if bail is granted.

3. <u>Defendant will submit to electronic monitoring.</u> Should the court deem it necessary, defendant will submit to the attachment of a monitoring bracelet allowing tracking to ensure he remains in Alaska.

4. <u>Defendant will use time out on bail to arrange payment.</u> Presently, defendant is relying on third parties to arrange for repayment to government. This process could be expedited by defendant acting as first party as he is familiar with his finances.

5. <u>Defendant is willing to comply with additional conditions.</u> At the courts discretion, defendant is willing to comply with additional conditions beyond those proposed above to assure the court that defendant poses no flight risk.

6. <u>Defendant is trustworthy and honors his commitments.</u> As demonstrated during his prior bond post arrest, defendant has shown he complies with commitments he makes.

7. For the reasons set forth above, defendants prayer for relief in the form of release on bail with conditions the court deems appropriate, should be granted.

Submitted this 19th day of October 2014_.

*James Back*
James Back

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been delivered to the courts CM/ECF system at *newcvcases@akd.uscourts.gov*, with the subject of **3:14-cr-00020-RRB – U.S.A. v. Back**, for service on plaintiff's council this 19th day of October, 2014.

_____
James Back