IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:14-cr-0020-RRB |
|---|---|
| Plaintiff, | |
| vs. | |
| JAMES R. BACK, | **ORDER DENYING** |
| Defendant. | **MOTION FOR BAIL RELEASE** |

Before the Court, at **Docket 93**, is Defendant with a Motion for Release on Bail. The motion is opposed by the Government at Docket 94.

Defendant asserts in his motion that he is "trustworthy and honors his commitments' despite having just been convicted of multiple counts of tax fraud and despite having spent months ignoring the advise of well-meaning friends and associates while expressing contempt for the laws of the United States of America. Defendant continued to express at trial the nonsense that his pre-trial pleadings contained with the hope of somehow evading his legal obligations under United States tax laws. Defendant still challenges the very jurisdiction of this Court ["not submitting to the court's purported yet unproven jurisdiction."]. There is no reason to believe that Defendant now recognizes this Court's jurisdiction or that he will now desist in his attempts to avoid the law or his legal responsibilities.

There is virtually no reason to believe that Defendant will succeed on appeal for every claim that he has made to date has long since been repudiated by the courts of the land. Moreover, Defendant has not submitted any evidence to believe that he is still employable or that he would be more able to make payments if out of custody. The evidence presented at trial suggests that Defendant has ample assets to pay his debt to the Government and that continued employment is not necessary for him to do so.

Defendant, who now faces a significant period of incarceration, appears to have the resources and the motivation to avoid the law and has little now holding him to Alaska. He does not recognize the authority of this Court and appears to believe that he is above the law. Under the circumstances, the Court concludes that Defendant does constitute a flight risk and should not be released on bail prior to sentencing.

**IT IS SO ORDERED** this 31st day of October, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE