Judge Ralph R. Beistline
United States District Court
Anchorage, AK

Dear Judge Beistline:

We are the parents of James Back. We have lived in Soldotna since 1959 having been transferred here by United Geophysical Co. to do oil exploration. James was 4 years old.

We started an appliance repair business in Soldotna so Ed could be closer to home while the family was growing up. We got a contract with Anchorage Natural Gas to do their business on the Kenai Peninsula. Later, 1971 Ed got a contract with Xerox to do copier maintenance on the Peninsula. This lead to employment in 1974 with Xerox that lasted 20 years until retirement. Pauline opened a florist business in Soldotna in 1969 and later expanded to a second store in Kenai. We sold the business in 1997.

James went to J. M. Perry Institute in Yakima to become an Instrument Tech. Graduating in 1977, he got employment with Alyeska Pipeline Service Co. and has worked there for 37 years. He is a loving and kind son whom we can count on when needed. He is a trustworthy and thoughtful son and although it looks differently to the court, he is honest. James has been a big help to us since we are getting less able to do some things for ourselves, due to age and health issues, and although we don't agree with some of his views, we still love him.

Thank you for being patient with him during his trial, we did appreciate it.

Sincerely

*Pauline Back*  *J E Back*

Ed and Pauline Back

December 6, 2014

Dear Judge Beistline:

My name is Gerry Back and I am James Back's brother. I live in Gilbert, Arizona where I work as a mechanical engineer in the semiconductor industry. I am married and have 2 daughters.

The purpose of this letter is to attest to the character of my brother and to request leniency in the sentencing in the case against my him. James may not always have the best social skills, but he is kind, generous, and has a good heart. He has remained near my parents for most of his life, and helps them frequently in the jobs that they are no longer able to do themselves. They are in their 80's now and rely on James who is always happy to assist no matter what is needed.

When James takes an interest in a subject he studies it extensively. He doesn't always come to the same conclusions as other people, but at least he puts his money where his mouth is, and stands up for his beliefs. He does not do this out of personal gain, but truly believes in the stand he takes. I truly believe that now that he has had his day in court, and has been proven wrong, he will comply to the law.

I feel that he has learned his lesson through this and that any further incarceration would serve no purpose and would only hurt my parents, who depend on him for assistance.

Sincerely,

*[signature]*

Gerald W. Back

December 4, 2014

Dear Judge Beistline,

This is Melanie Scritchfield, James Back's sister. I am a resident of Soldotna, Alaska and our family has lived here since December of 1958. I graduated from Kenai Central High School in 1977 and am currently working in the oilfield support industry.

I am writing this letter to you in support of my brother James Back. Although we don't always see eye-to-eye on many subjects, he has always been there when I needed any help. He also helps our parents doing many physical jobs that they can no longer do themselves.

I've been doing my best to get his finances in order so that he may pay back the monies he owes the government. It is quite burdensome as I have a full time job and my own obligations.

My main concern is our parents. They are both in their 80's, not in the best of health (Dad is on dialysis 3 times a week) and this event has been very hard on them emotionally. And I feel is effecting their health. The idea that they may never see him again is painful for them and for me to watch what it is doing to them.

Please take this in to consideration when determining his sentencing.

Sincerely,

*Melanie Scritchfield*
Melanie Scritchfield

Exhibit B, Page 3 of 9

Case 3:14-cr-00020-RRB   Document 103-2   Filed 12/10/14   Page 3 of 9

December 3, 2014

re: James Back

Dear Judge Beistline,

My name is Al Hershberger, I am 89 years old and I have lived in the Soldotna-Kenai area since 1948. Most of this time I was in retail business, furniture, electronics etc.

I have known James Back and his family since they moved here in the late 1950s. I don't recall how old James was when they moved here, but essentially I have known him all his life. I do not in any way condone what he has done regarding taxes. I have never heard of him getting into any kind of trouble while growing up or as an adult. He has reputation of being a good worker, and very knowledgeable. I realize he must pay for his misdeeds regarding taxes, and his attitude regarding the way our government works. I doubt that serving more time in prison would help in changing that attitude. I believe the financial pain inflicted from this will go a long way towards a change in attitude.

Thank you for reading this, and in closing I will simply say, I would trust James with anything I have.

Sincerely,

*Al Hershberger*

Al Hershberger

Exhibit B, Page 4 of 9

Case 3:14-cr-00020-RRB   Document 103-2   Filed 12/10/14   Page 4 of 9



December 7, 2014

Dear Judge Beistline

My name is David Back and I'm a cousin of Mr. James Back. My father, Warren, is the younger brother of James's father, Ed. I live in Lafayette, Colorado and have been married 28 years to my wife Megan. We have a 16 year old daughter Katy. I work in the aerospace field for Ball Aerospace. We're best known for fixing the Hubble Space Telescope and our parent company, Ball Corporation, used to be known for making canning jars.

I've known James for about 37 years although our face-to-face contact is very infrequent. Specifically three times over that period. The first being a family visit to Alaska in 1977 while I was a teenager, the second being the death of our Grandmother when we met at the funeral in Canada, January, 1996 and most recently this past summer when I took my family to visit my Uncle Ed and Aunt Pauline in Soldotna.

Although we didn't communicate at any frequency I can say that every time I have met James he's been a real gentleman, respectful of the company he's in and very grateful for any favors extended to him. This past summer we were able to spend a couple of days with him including a day in Homer for which he and my uncle treated the group of us to a nice dinner.

I am concerned about the health of my Uncle as his current status requires him to have dialysis treatments three times a week and additional complications seem all to frequent these days. I worry that any lengthy incarceration may prevent my Uncle from ever seeing his oldest son outside the confinement of the federal prison system. Travel is complicated for my Uncle given the previously mentioned dialysis treatments.

I appreciative the time you've invested in this trial and any considerations in the sentencing phase of this trial.

Sincerely,

David W Back

11/20/2014

Charles H. Ulen
REDACTED

Judge Ralph Beistline
United States District Court
Anchorage, Alaska

**Dear Judge Beistline,**

My name is Charles Ulen. I am a resident of Alaska in Soldotna. I have lived here since my parents homesteaded in 1959. I graduated from Kenai Central High school in 1972. I have been employed in the oil industry since 1977.

I am writing this letter to you in support of my lifelong friend James Back. I have known James since we were both in the first grade at Soldotna Elementary School. During this time James has always been an unfailing friend who is always willing to lend a hand or a tool when he is asked. James has always shown himself to be completely honest and principled. James always shows the highest level of integrity in his dealings with his family, friends and acquaintances.

James demands nothing from anyone but is always there to lend a hand and deserves fair and reasonable treatment in our courts.

Sincerely,

*Charles H. Ulen*

Charles H. Ulen

November 7, 2014

Judge Ralph R. Beistline
Federal Court
Anchorage, AK, 99501

Dear Judge Beistline,

I'm writing on behalf of Mr. James Back. I have lived in Alaska and in particular on the Kenai Peninsula since 1969. I have been active in film production, professional photography, design and distribution of computer based training programing, as well as industrial manuals and authoring of several books. Throughout these many years, we have known the Back family and have had many enjoyable times together. I have had the chance to share coffee with James, discussing politics, Alaska affairs, our goals and aspirations, as well as general life issues. I have also had the pleasure of several trips with James into the back country of the Kenai, snowmobiling and exploring our great natural resources.

Though I would not characterize James as one of my "buddies", I do feel I know him and the Back family well enough to write this letter on his behalf. I have certainly not agreed with all of James' views on life and government, non-the-less, I have always found him polite and sincere, without the slightest intent to harm anyone, take unfair advantage, or engage in criminal activity. His misguided views on a citizen's tax obligations were not rooted in criminal conspiracy, but in a sincere though misguided opinion he adopted from other misguided sources. The defense he gave of his actions during the court proceedings were not from lack of remorse but from a strong view that his cause was correct. He was wrong, and I feel he understands that now.

I'm convinced that James would work hard to clear his debt to the IRS and avoid further faulty activities, if giving the chance. I believe James has many positive qualities to offer his employer, the community, and his many friends. Though James was seriously mistaken, I believe he is an honorable man and does not posses a criminal's heart. A long and harsh sentence would amount to a life sentence in his case and would not serve the communities' best interests.

Sincerely yours,

Daniel L. Quick

Dear Judge Beistline,

James Back and his family have been good friends of mine for over 30 years and it's sad to see what his parents are going through in this difficult time. And it is difficult for me to believe that such an intelligent friend could be influenced in such a way as to jeopardize a great job and years of his life to prove someone's theory.

I believe James probably graduated close to the top of any class he studied and I'm sure he is still capable of doing great deeds in his life. If he would have studied science or medicine he would be the one looking for cures or preforming major surgeries to help others.

In all the years I've know James I have never seen him angry or aggressive toward anyone or anything. I could always count on James whenever I needed help with anything from computer problems to trouble shooting a snow machine clutch.

The internet is full of people trying to get other to think like they do, some good and some bad. I guess it just goes to show how convincing some people can be to get others to do their work for them. And in this situation, they wouldn't want anyone to take a plea deal, that wouldn't help to prove their theory. Just my opinion, James was not making his own decisions without their influence.

Thank you for your time,
Fred Zumbuhl

*[signature]*

29 October 2014

Dear Judge Beistline

My name is Donna G. Van Lone. I am a retired school teacher, past Scout Leader and wearer of all the hats the mother of 4 sons, 4 grandsons, one granddaughter, and 4 great-grandchildren would wear. My husband of 54 years, George A. Van Lone, is a retired from the Bridges & Building construction union.

We bought property in Soldotna in 1987 and retired here in 1997 We have made many good friends here, among them is the Ed Back family.

Ed and his family came to Alaska when their young daughter was 6 months old and his two sons were preschoolers. The BACK family has been an asset to the community with both parents opening small businesses; a floral supply shop and an appliance repair company. The children were given good examples of work ethic and good citizenship which shows up in their characters.

We know James from the many times we have seen him at his parents house and at the community events he participated in. We know he was very active in the T-200 dog races helping with the computers and data management related to times and location of the participants. He is a long time member and supporter of the Caribou Hills Snowmachine Club. He also contributes to other community events as needed.

James is a fine man would do well on probation or parole. I feel he made a bad decision based on bad advice from someone he trusted. He has realized he made a mistake and would like to take responsibility for that, and move forward with his life. It is very important to him that he take that responsibility, make amends and get back to work. James is very conscientious in his personal and professional life.

In my opinion, it is important to consider that both his father and mother are in their mid and late eighties with chronic illnesses and depend on him to carry the heavy lifting in their life as the other son lives out of state. This event has also affected the stress level of the whole family. It would be a blessing to have this resolved so that James could continue the physical and mental support for his family in person.

Please consider James to be rehabilitated in his behavior and attitude regarding this charge and that there would be no further resistance from him regarding the issue.

Sincerely,

Donna G. Van Lone

George A. Van Lone