MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _____JAMES R. BACK_____ CASE NO. 3:14-cr-00020-RRB
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____SUZANNETTE DAVID-WATERS_____

OFFICIAL REPORTER:_____NOT PRESENT_____

UNITED STATES ATTORNEY:_____THOMAS C. BRADLEY_____

DEFENDANTS ATTORNEY:_____JAMIE McGRADY_____

U.S.P.O.:_____MICHELLE MICHAELIS_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD DECEMBER 16, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of __16 months. Term consists of 16 months on each of Counts 1,2,3 and 12 months on each of Counts 4,5,6,7; all such terms to be served concurrently.__

_X_ Defendant placed on supervised release for a period of _1_ year on each of Counts 1-7; such terms to run concurrently under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Fined $_10,000.00 on Count 1 only_.

_X_ Special Assessment $_400.00_, due immediately.

_X_ Restitution $_113,286.00_, paid to _IRS_.

_X_ Defendant remanded to the custody of the U.S. Marshal.

Continued To Page 2

DATE:___December 16, 2014___ DEPUTY CLERK'S INITIALS:___SDW___

Revised 5-29-14

```
                    CONTINUATION - PAGE 2
                    U.S.A.  vs.  JAMES R. BACK
                         3:14-cr-00020-RRB
                       IMPOSITION OF SENTENCE
                         DECEMBER 16, 2014
-----------------------------------------------------------------
```
_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

_X_ OTHER: AUSA was handed two checks in court from the defendant; One check in the amount of $17,240.59 for the cost of prosecution to U.S. Department of Justice and second check in the amount of $113,286 for taxes to the IRS.

At 9:35 a.m. court adjourned.

DATE:     December 16, 2014     DEPUTY CLERK'S INITIALS:   SDW

Revised 5-29-14