Jamie McGrady
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES R. BACK,<br><br>            Defendant. | Case No. 3:14-CR-00020-RRB<br><br>**NOTICE OF APPEAL** |

        Notice is hereby given that James R. Back appeals to the United States Court of Appeals for the Ninth Circuit from the

        ( )    Conviction only (Fed. R. Crim. P. 32(b));

        (**X**)    Conviction and sentence;

        ( )    Sentence only (18 U.S.C. § 3742).

        Judgment was entered on this action on: <u>December 16, 2014.</u>

        Sentence imposed: <u>16 months on each of Counts 1, 2 and 3 and 12 months on each of Counts 4, 5, 6, and 7 of the Indictment; all such terms to be served concurrently.</u>

Transcript required (yes or no): <u>Yes.</u>   If yes, date ordered or to be ordered: <u>January 28, 2015</u> (including arrangements for payment with court recorder).

DATED this 23rd day of December, 2014.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Jamie McGrady*
Jamie McGrady
Assistant Federal Defender
Alaska Bar No. 0405022
(907) 646-3405
jamie_mcgrady@fd.org

Certification:

I certify that on December 23, 2014 a copy of the *Notice of Appeal* was served electronically on:

Thomas Bradley, Assistant U.S. Attorney

*/s/ Jamie McGrady*

*United States v. James R. Back*
Case No. 3:14-CR-00020-RRB                                                                 Page 2 of 2

Case 3:14-cr-00020-RRB   Document 109   Filed 12/23/14   Page 2 of 2