Jamie McGrady
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax

Counsel for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JAMES R. BACK,<br><br>                Defendant. | Case No. 3:14-CR-00020-RRB<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

       Jamie McGrady, Assistant Federal Defender, files this motion for an order allowing the Federal Public Defender for the District of Alaska to withdraw as standby counsel in the above-captioned matter.

       On April 16, 2014, Federal Public Defender for the District of Alaska accepted appointment as standby counsel in this matter. On December 16, 2014, Mr. Back was sentenced to 16 months on each of Counts 1, 2 and 3 and 12 months on each of Counts 4, 5, 6, and 7 of the Indictment; all such terms to be served concurrently. On December 23, 2014 standby counsel filed a Notice of Appeal in this matter on Mr. Back's behalf.

Mr. Back is financially eligible at this time to hire counsel; therefore, undersigned counsel respectfully requests to be withdrawn as standby counsel.

DATED this 29th day of December, 2014.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Jamie McGrady*
Jamie McGrady
Assistant Federal Defender
Alaska Bar No. 0405022
(907) 646-3405
jamie_mcgrady@fd.org

Certification:

I certify that on December 29, 2014, a copy of the foregoing document, with attachments, was served electronically on:

Erin S. Mellen and Thomas Bradley, Assistant U.S. Attorneys

*/s/ Jamie McGrady*