James Back
Sheridan SPC
P.O. Box 6060
Sheridan, OR 97378


JAN 16 2015
CLERK, U.S. DISTRICT COURT

US District Court
District of Alaska

USA,
  Plaintiff,
v.
James R. Back,
  Defendant

Case No. 3:14-cr-00020-RRB

Notice of Address Change

Mail for filings in the above captioned case, and its appeal should be sent to:

  James Back - 17586·006
  Sheridan SPC - Unit 5
  P.O. Box 6000
  Sheridan, OR 97378

Dated this 12th day of January 2015    /s/ James Back
                                           James Back

Under pain of perjury, I, James Back, state that the above notice was placed in the legal mail system at Sheridan SPC, in a first-class postage paid envelope on January 12, 2015
/s/ James Back
James Back



James Back - 17586-006
Federal Prison Camp
Unit 5
P O Box 6000
Sheridan, OR 97378-6000

PORTLAND OR 970
13 JAN 2015 PM 3 L

Clerk of Court
US District Court
222 W 7th Ave - No.4
Anchorage, AK 99513

99513758699

LEGAL MAIL